1092

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL KELLY RODGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01340-6, Robert G. Swisher, J., entered March 22, 2006. *Affirmed* by unpublished opinion per Stephens, J., concurred in by Brown and Kulik, JJ.

*In the Matter of the Personal Restraint of* WAYNE THOMAS ANSTROM, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Kulik, J., concurred in by Brown and Stephens, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN MONTEZ JAMES, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated November 20, 2007. Substitute opinion filed. See 141 Wn. App. 1039.

THE STATE OF WASHINGTON, *Respondent*, v. JANIE M. JOHNSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03596-1, Linda G. Tompkins and Maryann C. Moreno, JJ., entered June 28, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.